UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
    ALLISON NAVAR, et al.                           :
                              Plaintiffs,           :
                                                    :        18 Civ. 10476 (LGS)
                -against-                            :
                                                    :                ORDER
    WALSH CONSTRUCTION COMPANY II,                  :
    LLC, et al.,                                    :
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a status conference is scheduled for April 30, 2020, at 10:40 a.m.  It is

hereby

        ORDERED that the status conference will be telephonic.  The time of the conference is

approximate, but the parties shall be ready to proceed by that time.  The Court will call the

parties once the conference is ready to begin.  It is further

        ORDERED that, by **April 27, 2020**, the parties shall file a joint letter, providing the

court with one telephone call-in number for a conference call, and if necessary a passcode.  The

parties shall ensure they are all dialed into the conference call by the appointed conference time.

If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy,

Mr. James Street, at 212-805-4553, as soon as possible and no later than **April 27, 2020, at**

**noon,** to make other arrangements.

Dated: April 17, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE