```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALLISON NAVAR, et al.                                        :
                                    Plaintiffs,              :
                                                             :      18 Civ. 10476 (LGS)
              -against-                                      :
                                                             :             ORDER
WALSH CONSTRUCTION COMPANY II,                               :
LLC, et al.,                                                 :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference scheduled for April 30, 2020 is **CANCELED**. An Opinion and Order ruling on Plaintiffs' motion to conditionally certify a collective will issue separately.

Dated: April 27, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**