```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALLISON NAVAR, et al.                                       :
                                Plaintiffs,                 :
                                                            :     18 Civ. 10476 (LGS)
                -against-                                   :
                                                            :           ORDER
WALSH CONSTRUCTION COMPANY II,                              :
LLC, et al.,                                                :
                                Defendants.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that a status conference will be held on **May 7, 2020, at 10:20 a.m.** for an oral ruling on Plaintiffs' motion for conditional certification of a collective at Dkt. No. 86.  No oral argument will be heard.

Dated: May 1, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**