UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLISON NAVAR, et al.
                              Plaintiffs,

                          18 Civ. 10476 (LGS)
           -against-

                          ORDER
WALSH CONSTRUCTION COMPANY II,
LLC, et al.,
                             Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 7, 2020, a conference was held at which an oral opinion was issued. For the reasons stated at the conference, it is hereby

      **ORDERED** that conditional certification is GRANTED as to a collective "consisting of all female employees of any Defendant who: (1) have been assigned to work at the Joint Venture among Defendants for a redevelopment project at Laguardia Airport ("JV"), at any time three years prior to the [NOTICE DATE] and (2) worked on any of five site-wide "coordination" groups at the JV – (a) Environmental, Health & Safety, (b) Quality, (c) Design/Build Management, (d) Commercial Management, or (e) Financial (which contains the sub-groups of Project Controls, Business Management, Project Accounting & Finance)." Any opt-in plaintiffs may recover only on claims that arose within three years prior to their joining this action. It is further

      **ORDERED** that, by **May 14, 2020**, pursuant to this Court's Order at Dkt. No. 83, the parties shall file a letter proposing a schedule for merits-based discovery. It is further

      **ORDERED** that, by **May 21, 2020**, the parties shall meet and confer and file a joint letter with (1) the proposed notice; (2) the proposed distribution methods for the notice; and (3) the agreed upon timeline for next steps.

Dated: May 7, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**