UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
ALLISON NAVAR, et al.,                                    :
                                   Plaintiffs,            :          18 Civ. 10476 (LGS)
                                                          :
                 -against-                                :               ORDER
                                                          :
WALSH CONSTRUCTION COMPANY II, LLC,                       :
et al.,                                                   :
                                   Defendants.            :
----------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

   WHEREAS, a pre-motion conference is scheduled for October 29, 2020, at 10:40 a.m.; it

is hereby

   **ORDERED** that the pre-motion conference is ADJOURNED to **October 29, 2020, at**

**11:05 a.m.**  The conference will be telephonic and will occur on the following conference line:

888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties

shall be prepared to begin at the scheduled time.

Dated: October 28, 2020
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**