```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
 ALLISON NAVAR, et al.,                       :
                              Plaintiffs,     :      18 Civ. 10476 (LGS)
                                              :
              -against-                       :      ORDER
                                              :
WALSH CONSTRUCTION COMPANY II, LLC, :
et al.,                                       :
                              Defendants.     :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 22, 2020, the parties filed a joint letter requesting guidance from the Court on the filing of Defendants' proposed motion to strike three Opt-In Plaintiffs -- Carolyn Dorsett, Samantha Little and Jill Bramwell (*see* Dkt. No. 128) ("Motion to Strike"). Dkt. No. 136.

WHEREAS, a pre-motion conference was held on October 29, 2020, to discuss the Motion to Strike. For the reasons stated at the conference, it is hereby

**ORDERED** that, the Motion to Strike shall be briefed according to the following schedule:

- By **November 12, 2020**, Defendants shall jointly file their Motion to Strike, with a memorandum of law not to exceed 25 pages.

- By **November 30, 2020**, Plaintiff shall file any opposition, not to exceed 25 pages.

- By **December 7, 2020**, Defendants shall file any reply in support of their Motion to Strike, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion to Strike and supporting papers. It is further

**ORDERED** that, a motion conference will be held on January 7, 2021, at 10:40 a.m.,

during which the Court will deliver an oral opinion on the Motion to Strike.  The Court will not hear argument.  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  It is further

**ORDERED** that, fact discovery with respect to the three Opt-In Plaintiffs is **STAYED** pending resolution of the Motion to Strike.  All other fact discovery shall be completed by December 11, 2020, pursuant to the Sixth Amended Civil Case Management Plan and Scheduling Order (Dkt. No. 84).

Dated: October 30, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**