```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ALLISON NAVAR, et al.,                                        :
                                Plaintiffs,                   :   18 Civ. 10476 (LGS)
                                                              :
                  -against-                                   :   ORDER
                                                              :
WALSH CONSTRUCTION COMPANY II, LLC,                           :
et al.,                                                       :
                                Defendants.                   :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 12, 2020, Defendants filed a motion to strike the consents of opt-in Plaintiffs Jill Bramwell, Carolyn Dorsett and Samantha Little (the "Opt-Plaintiffs"), (the "Motion to Strike").  Dkt. No. 143.

WHEREAS, on October 30, 2020, the Court issued an order staying fact discovery with respect to the Opt-in Plaintiffs, pending resolution of the Motion to Strike (the "Stay").  Dkt. No. 139.

WHEREAS, on January 7, 2021, a motion conference was held, during which the Court issued an Oral Opinion concerning the Motion to Strike.  For the reasons stated during the motion conference, it is hereby

**ORDERED** that, the Motion to Strike is **DENIED** as to the three Opt-in Plaintiffs.  It is further

**ORDERED** that the Stay is **LIFTED**.  It is further

**ORDERED** that by **January 12, 2021**, the parties shall jointly file a letter proposing next steps, including a deadline for the completion of fact discovery with respect to the Opt-in Plaintiffs.

The Clerk of Court is respectfully directed to close the motion at Docket No. 143.

Dated: January 7, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**